**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Burton A Kaufman** | Social Security number or ITIN   xxx–xx–6307 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number: **14–08926**

# Order of Discharge                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Burton A Kaufman

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

<u>March 28, 2018</u>                                    **For the court:**     <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                                United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 14-08926-ABG
Burton A Kaufman                                              Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 2              Date Rcvd: Mar 28, 2018
                              Form ID: 3180W              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             +Burton A Kaufman,    9239 N Keating,    Skokie, IL 60076-1524
21650886       +Chase Home Finance,    3415 Vission Dr,    Columbus, OH 43219-6009
21650892       +GC Services,    Attn: Bankruptcy,    6330 Gulfton St, Ste 400,    Houston, TX 77081-1108
22212579       +JPMorgan Chase Bank, NA,    Chase Record Ctr attn. Corr Mail,    700 Kansas Lane,
                 Mail Code LA4-5555,    Monroe, LA 71203-4774
21715059        JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
21782939       +Mitchell Kaufman,    23777 Mulhulland Hwy, Apt. 165,    Calabasas, CA 91302-2761
21987567       +Mitchell Kaufman,    9239 N. Keating,    Skokie, IL 60076-1524
21650894       +Mitchell Kaufman,    23759 Roscoe Blvd,    West Hills, CA 91304-3028
21650895        Northshore University Healthsystem,    Hospital Billing,    23056 Network Pl,
                 Chicago, IL 60673-1230
21650896      ++PINNACLE MANAGEMENT SERVICES,    830 ROUNDABOUT,    SUITE B,    WEST DUNDEE IL 60118-2116
               (address filed with court: Pinnacle Management,     514 Market Loop Ste 103,
                 West Dundee, IL 60118)
23486505       +PennyMac Loan Services, LLC,    C/O Aldridge Pite LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,Suite 500,    Atlanta, GA 30305-1636
23780209       +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 200,    Moorpark, CA 93021-2602
21650900       +Van Ru Credit,    1350 E Touhy Ave,    Des Plaines, IL 60018-3303
21650901       +Webster Dental Care,    4833 Church Street,    Skokie, IL 60077-1357
21650902       +Wells Business BKG Support Group,    PO Box 39000,    San Francisco, CA 94139-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21763074       +E-mail/Text: bncmail@w-legal.com Mar 29 2018 00:53:33     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21650884       +EDI: BECKLEE.COM Mar 29 2018 04:38:00     American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
22018396        EDI: BECKLEE.COM Mar 29 2018 04:38:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
21650891        EDI: CITICORP.COM Mar 29 2018 04:38:00     Exxmblciti,    Attn.: Centralized  Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195
21650897        EDI: CITICORP.COM Mar 29 2018 04:38:00     Shell Oil / Citibank,
                 Attn: Centralized  Bankruptcy,    Po Box 20363,    Kansas City, MO 64195
21650888        EDI: CITICORP.COM Mar 29 2018 04:38:00     Citgo Oil / Citibank,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
21650890        EDI: CITICORP.COM Mar 29 2018 04:38:00     Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
21650889        EDI: CITICORP.COM Mar 29 2018 04:38:00     Citibank Sd, Na,
                 Citi Corp Credit Services/Attn:Centraliz,    7920 Nw 110th St,    Kansas City, MO 64195
21650885       +EDI: CHASE.COM Mar 29 2018 04:38:00     Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21650887       +EDI: CHASE.COM Mar 29 2018 04:38:00     Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21728197        EDI: DISCOVER.COM Mar 29 2018 04:38:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
21650893        EDI: IRS.COM Mar 29 2018 04:38:00     Internal Revenue Service - 1/11,    PO Box 7346,
                 Philadelphia, PA 19101-7346
21907040        EDI: Q3G.COM Mar 29 2018 04:39:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
21650898       +E-mail/Text: bankruptcydepartment@tsico.com Mar 29 2018 00:54:34      Transworld Systems,
                 507 Prudential Rd,    Horsham, PA 19044-2308
21773703        EDI: USBANKARS.COM Mar 29 2018 04:38:00     US BANK N.A.,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,    CINCINNATI, OH 45201-5229
21650899        EDI: USBANKARS.COM Mar 29 2018 04:38:00     Us Bank,    Po Box 5227,    Cincinnati, OH 45201
21650903       +E-mail/Text: illinoislitigation@zwickerpc.com Mar 29 2018 00:54:58      Zwicker & Associates,
                 7366 N Lincoln Ave, Ste 102,    Lincolnwood, IL 60712-1738
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25723127       PennyMac Loan Services, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Mar 28, 2018
                              Form ID: 3180W             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Dana N O'Brien    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC dana.obrien@mccalla.com,
               NDistrict@mccalla.com;veronica.frausto@mccalla.com
              David H Cutler    on behalf of Debtor 1 Burton A Kaufman cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Keith  Levy    on behalf of Creditor   JPMorgan Chase Bank, National Association
               amps@manleydeas.com
              Kinnera  Bhoopal    on behalf of Creditor    PennyMac Loan Services, LLC kinnera.bhoopal@mccalla.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```